## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T-3 ENTERPRISES, INC.<br><br>        Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>        Defendant. | CIVIL ACTION<br><br>No. 01-5442 |

### ORDER

This **20** day of August, 2009, it is hereby ORDERED that plaintiff T-3 Enterprise's motion to reopen the case is GRANTED. It is further ORDERED that plaintiff's motion to impose sanctions on defendant IRS, Docket No. 22, is DENIED. Defendant Internal Revenue Service is directed to file within thirty days of the date of this order a pleading responsive to this court's remand order of July 23, 2003. Plaintiff may, if it wishes, file a response within fifteen days of defendant's filing.

BY THE COURT:

_____
Pollak, J.

-6-